*Denny & Wright,* contra.

---

### 9810.   DANIEL *v.* KEEN.

BLOODWORTH, J. The motion for a new trial in this case is not in the record. However, the bill of exceptions, duly certified, recites that the motion for a new trial was submitted on the general grounds only. There is evidence to support the verdict, which has the approval of the trial judge, and this court can not interfere.

*Judgment affirmed. Broyles, P. J., concurs. Stephens, J., not presiding.*
DECIDED NOVEMBER 23, 1918.

Appeal; from Laurens superior court—Judge Kent. May 7, 1918.

*Hal B. Wimberly,* for plaintiff.

*T. E. Hightower,* for defendant.